IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHACCI A. GELALCHA        :

                            :

   v.                       :   Civil Action No. DKC 18-3255

                            :

DOMINO'S PIZZA           :

                            :

**MEMORANDUM OPINION AND ORDER**

Plaintiff filed this action on October 19, 2018, alleging that she suffered harm because Defendant served meat. Plaintiff asserted that "meat is animal flesh [that] contains bacteria" and that "[b]acteria is a fungus that can kill humans." ECF No. 1 at 6. On November 2, 2018, the case was dismissed prior to the issuance of a summons because the court found no basis for jurisdiction.

On October 26, 2020, Plaintiff filed a motion requesting that the entire case be sealed. (ECF No. 6). In support of her motion, she asks that the court consider the factors in *United States of America v. Mary Sue Hubbard*, 650 F.2d 293 (D.C.Cir. 1981).

There is a well-established common law right to inspect and copy judicial records and documents. *See Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978). If competing interests outweigh the public's right of access, however, the court may, in its discretion, seal those documents from the public's view. Before ordering that any document be sealed, the court must undertake certain procedures to assure that all relevant interests

are considered. The relevant standard in this district is set forth by Local Rule 105.11, which provides:

> Any motion seeking the sealing of pleadings, motions, exhibits or other papers to be filed in the Court record shall include (a) proposed reasons supported by specific factual representations to justify the sealing and (b) an explanation why alternatives to sealing would not provide sufficient protections.

Plaintiff's motion contains neither specific factual representations that would justify sealing nor an explanation as to why alternatives to sealing would not provide sufficient protections. None of the original papers were filed under seal and this action has been a matter of public record for two (2) years. Plaintiff fails to identify any information in need of protection and does not explain what sealing the case at this late date would accomplish.

Accordingly, it is this 11th day of November, 2020, by the United States District Court for the District of Maryland, ORDERED that:

1. Plaintiff's motion to seal the entire case from public view (ECF No. 6) BE, and the same hereby IS, DENIED;

2. The Clerk of Court is DIRECTED to mail a copy of this Order to Plaintiff.

                                                  /s/
                                  DEBORAH K. CHASANOW
                                United States District Judge